IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ANTHONY L. CARTER, SR.** | § | |
| **TDCJ-CID #694133** | | |
| **V.** | § | **C.A. NO. C-06-516** |
| **SGT. BENAVIDEZ, ET AL.** | § | |

## RECUSAL ORDER

I stand recused in this case.

ORDERED this 25th day of January, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE